Commonwealth *v.* Handsome, Appellant.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Alfred P. Filippone,* for appellant.

*David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION BY MR. JUSTICE ROBERTS, January 24, 1974:
The sole issue is the voluntariness of appellant's confession. The record does not indicate that the confession was other than "the product of a rational intellect and free will." *Blackburn v. Alabama,* 361 U.S. 199, 207-08, 80 S. Ct. 274, 280-81 (1960) ; *Commonwealth v. Hallowell,* 444 Pa. 221, 225-26, 282 A.2d 327, 329 (1971) ; see *Davis v. North Carolina,* 384 U.S. 737, 86 S. Ct. 1761 (1966) ; *Commonwealth v. Eiland,* 450 Pa. 566, 301 A.2d 651 (1973) ; *Commonwealth v. Holton,* 432 Pa. 11, 247 A.2d 228 (1968).

Admission of the confession at trial was thus proper. On this record, there is no basis for disturbing the jury's verdict of voluntary manslaughter.

The judgment of sentence is affirmed.